# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **BRYAN RHETT ASHLEY ET AL** | **CASE NO. 3:21-CV-01437** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANGELA FISHER SILLS ASHLEY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion to Dismiss and Request for Costs [Doc. No. 7] is **DENIED.**

**MONROE, LOUISIANA**, this 8th day of September 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**